

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00986-CV

WOLFGANG HIRCZY, Appellant

V.

CITIBANK, N.A., Appellee

Appeal from the County Court at Law No. 2 of Harris County.   (Tr. Ct. No. 1001936).

**TO THE COUNTY COURT AT LAW NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 26th day of August 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on August 21, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Wolfgang Hirczy, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 26, 2014.

Panel consists of Justices Keyes, Sharp, and Huddle.   Opinion delivered by Justice Sharp.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 26, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

